IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 96-30047
Summary Calendar

---

PETER LENYA MMATLOA,

Plaintiff-Appellant,

versus

U.S. MARSHAL, ET AL.,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Western District of Louisiana
(95-CV-1628)

---

May 17, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Peter Mmatloa appeals the district court's dismissal of his habeas petition. Mmatloa does not contest the deportation order entered against him on July 20, 1995. Rather, he contests the alleged illegal detainer placed upon him from May 30, 1995 to June 28, 1995. Since Mmatloa is no longer being held pursuant to the alleged illegal detainer, his petition is moot.

AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.